Pedroza v. Atunez et al
Case 3:06-cv-01776-W-LSP   Document 4   Filed 09/05/2006   Page 1 of 2
Doc. 4

ORIGINAL

FILED

2006 SEP -5  PM 4: 23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO BRAVO PEDROZA,<br><br>              Petitioner,<br><br>v.<br><br>NORA ATUNEZ, Director, San Diego Field Office, Office of Detention and Removal Operations, U.S. Bureau of Immigration and Customs Enforcement, in her official capacity; and ANTHONY CERONE, Officer-in-Charge of the San Diego Correctional Facility, U.S. Bureau of Immigration and Customs Enforcement, in his official capacity; MICHAEL CHERTOFF, Secretary of Homeland Security, in his official capacity; ALBERTO GONZALES, Attorney General of the United States, in his official capacity,<br><br>              Respondents. | '06CV 1776 W   LSP<br><br>Case No.<br><br>ORDER TO SHOW CAUSE |

1

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 8 U.S.C. § 2241

Dockets.Justia.com

1   Upon consideration of Petitioner's Application for Issuance of Order to Show
2   Cause Pursuant to 28 U.S.C. § 2243, and the Petition for Writ of Habeas Corpus Pursuant
3   to 28 U.S.C. § 2241, it is hereby ORDERED that:
4      1. Petitioner's Application for Issuance of Order to Show Cause is
5         GRANTED;
6      2. Respondents are ORDERED to file a return on the Order to Show Cause
7         within three days of the filing of this Order;
8      3. Petitioner shall have an opportunity to file a reply or traverse within three
9         days of the filing of Respondents' return;
10     4. This matter shall be heard by this Court on September 18, 2006.
11  SO ORDERED.

13  Dated: September 5, 2006

                                                _____
                                                UNITED STATES DISTRICT JUDGE

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 8 U.S.C. § 2241