ORIGINAL

FILED
2006 SEP -5 PM 4: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO BRAVO PEDROZA,<br><br>            Petitioner,<br><br>    v.<br><br>NORA ATUNEZ, Director, San Diego Field Office, Office of Detention and Removal Operations, U.S. Bureau of Immigration and Customs Enforcement, in her official capacity; and ANTHONY CERONE, Officer-in-Charge of the San Diego Correctional Facility, U.S. Bureau of Immigration and Customs Enforcement, in his official capacity; MICHAEL CHERTOFF, Secretary of Homeland Security, in his official capacity; ALBERTO GONZALES, Attorney General of the United States, in his official capacity,<br><br>            Respondents. | '06CV 1776 W    LSP<br>Case No.<br><br>ORDER TO SHOW CAUSE |

1

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 8 U.S.C. § 2241

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause Pursuant to 28 U.S.C. § 2243, and the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that:

1. Petitioner's Application for Issuance of Order to Show Cause is GRANTED;
2. Respondents are ORDERED to file a return on the Order to Show Cause within three days of the filing of this Order;
3. Petitioner shall have an opportunity to file a reply or traverse within three days of the filing of Respondents' return;
4. This matter shall be heard by this Court on September 18, 2006.

SO ORDERED.

Dated: September 5, 2006

_____
UNITED STATES DISTRICT JUDGE