☐ ORIGINAL

FILED
06 SEP 28 PM 2:26
BY ___ DEPUTY

1  CECILLIA D. WANG (CSB #187782)
   MÓNICA M. RAMÍREZ (CSB #234893)
2  AMERICAN CIVIL LIBERTIES UNION
         FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
7  DAVID BLAIR-LOY (CSB #229235)
   AMERICAN CIVIL LIBERTIES UNION
         OF SAN DIEGO AND IMPERIAL COUNTIES
8  P.O. Box 87131
   San Diego, CA 92138
9  Telephone: (619) 232-2121
   Facsimile: (619) 232-0036
10
   Counsel for Petitioner (additional counsel on next page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO BRAVO PEDROZA,<br><br>                  Petitioner,<br><br>  v.<br><br>NORA ATUNEZ, Director, San Diego Field Office, Office of Detention and Removal Operations, U.S. Bureau of Immigration and Customs Enforcement, in her official capacity; and ANTHONY CERONE, Officer-in-Charge of the San Diego Correctional Facility, U.S. Bureau of Immigration and Customs Enforcement, in his official capacity; MICHAEL CHERTOFF, Secretary of Homeland Security, in his official capacity; ALBERTO GONZALES, Attorney General of the United States, in his official capacity,<br><br>                  Respondents. | Case No. 06-cv-01776-W-LSP<br><br>**STIPULATION AND [] ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

1

1 | Additional Petitioner's counsel:
2 |
3 | JUDY RABINOVITZ*
   | AMERICAN CIVIL LIBERTIES UNION
4 |       FOUNDATION
   | IMMIGRANTS' RIGHTS PROJECT
5 | 125 Broad Street, 18th Floor
   | New York, NY 10004
6 | Telephone: (212) 549-2618
7 | Facsimile: (212) 549-2654
8 |     *Application for admission *pro hac vice* forthcoming

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Petitioner filed the instant matter on September 1, 2006, seeking his release from immigration custody. On September 15, 2006, Petitioner was released from immigration custody.

2. Respondents stipulate and agree that Petitioner will not be re-detained during the pendency of his removal proceedings and appeals so long as (1) he does not violate the conditions of the Order of Release on Recognizance, attached hereto as Exhibit A; and (2) a stay of removal is in effect pending final outcome of all appeals and proceedings, including any proceedings on remand to the immigration courts, in the removal action against Mr. Bravo Pedroza.

3. In light of the foregoing, the parties hereby agree to dismiss this action without prejudice.

|   |   |
|---|---|
| 1 | |
| 2 | CECILLIA D. WANG |
| 3 | MÓNICA M. RAMÍREZ |
|   | AMERICAN CIVIL LIBERTIES UNION |
| 4 | FOUNDATION |
|   | IMMIGRANTS' RIGHTS PROJECT |
| 5 | 39 Drumm Street |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 343-0775 |
|   | Facsimile: (415) 395-0950 |

CECILLIA D. WANG
MÓNICA M. RAMÍREZ
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

DAVID BLAIR-LOY
AMERICAN CIVIL LIBERTIES UNION
  OF SAN DIEGO AND IMPERIAL
  COUNTIES
P.O. Box 87131
San Diego, CA 92138
Telephone: (619) 232-2121
Facsimile: (619) 232-0036

JUDY RABINOVITZ*
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

By: /s/ Cecillia D. Wang
CECILLIA D. WANG

Attorneys for Petitioner
JAIRO BRAVO PEDROZA

Dated: September 26, 2006

```
                                        CAROL C. LAM
                                        United States Attorney
                                        ROBERT H. PLAXICO
                                        Assistant United States Attorney
                                        OFFICE OF THE UNITED STATES
                                            ATTORNEY
                                        Federal Office Building
                                        880 Front Street, Room 6293
                                        Telephone: (619) 557-7157
```

Dated: September 27, 2006

By: /s/ Robert H. Plaxico
ROBERT H. PLAXICO

Attorneys for Respondents

## ORDER

Based on the parties' stipulation, the above is SO ORDERED and the Petition for Writ of Habeas Corpus is dismissed without prejudice.

SO ORDERED.

Dated: September 27, 2006

/s/ Thomas J. Whelan
HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**U.S. DEPARTMENT OF HOMELAND SECURITY**
Immigration and Customs Enforcement

## Order of Release on Recognizance

File No: _A99 625 924_
Date: _September 15, 2006_

Alien: _BRAVO-Pedroza, Jairo, 10372 Ramona Ave., Apt B., Montclair, CA 97163_
_PH# ((909) 625-0483 c/o_

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Immigration and Naturalization Service or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing)(person) to _ICE, Deportation Office_
(Name and Title of Case Officer)

at _Nearest ICE OFFICE_ on _Monthly_ at _9am-11am_
(Location of INS Office)     (Day of each week or month)     (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the officer listed above.

☒ You must not violate any Local, State, or Federal laws or ordinances.

☒ You must assist the Immigration and Naturalization Service in obtaining any necessary travel document.

☐ Other: _____

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE:** Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Immigration and Naturalization Service.

_(Signature of INS Official)_
_Nora S. Antunez, Field Office Director_
(Printed Name and Title of Official)

Alien's Rt Index

### Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read)(had interpreted and explained to me in the _Spanish_ language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Immigration Service may revoke my release without further notice.

_(Signature of INS Official Serving Order)_     _BRAVO-Pedroza, Jairo_     _September 15, 2006_
                                                 (Signature of Alien)            (Date)

### Cancellation of Order

I hereby cancel this order of release because:  ☐ The alien failed to comply with the conditions of release.
☐ The alien was taken into custody for removal.

_____     _____
(Signature of INS Canceling Order)     (Date)

Form I-220A (Rev 4-1-97)N

EXHIBIT A

# Notice of Release and Proof of Service



To:  BRAVO-Pedroza, Jairo
     10372 Ramona Ave., Apt B.
     Montclair, CA 97163

Date:    September 15, 2006
File:    A36 144 276
Bond:    [Own Recognizance]
Amount:  N/A

You have been released from service custody pending a final decision in your exclusion/deportation hearing. It is understood that you will be residing at the above address. The law requires you notify the Immigration Judge (at the address shown below) of any address correction or address change. When doing so, be sure to include your name and the File Number shown above in your written communication. The attached form, EOIR-33 can be used for this purpose.

            Office of the Immigration Judge
                401 "A" Street, Suite 800
                 San Diego, CA  92101

If you have already appeared before the Immigration Judge, you have been told when to appear for a further hearing. If you have yet to appear before the Judge, a notice of hearing will soon be sent to you at the above address. If you do not appear for the hearing, three (3) actions can be taken in your case:

   1. Your deportation hearing may be held in your absence.
   2. If a bond has been paid, it may be breached.
   3. A warrant for your arrest may be issued.

I certify that the address listed above, furnished by me to the Service, is correct, and that a copy of this notice has been received by me this date

_____       _____9-15-06_____
BRAVO-Pedroza, Jairo                       Date
Signature of Respondent

## PROOF OF SERVICE

I certify that, on this date, I served the attached Form I-830 and release notice on the respondent by the following method (as checked):

__X__ Hand delivery.

_____ By first class mail, postage prepaid, to the following address:
      _____
      _____
      _____

_____ Service by mail on respondent's counsel of record at the following address:
      _____
      _____
      _____

_____   __9/15/06__
Signature and Title of INS Employee   Date

Distribution: EOIR / Afile / BRAVO-Pedroza, Jairo

DRO May 22, 2002